# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**MALCOLM E. LaMORE, deceased**

            V.                    CASE NUMBER: 1:02-CV-698(GTE/RFT)

**ARTHUR J. ROTH**

**[ ]**        **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**       **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF pursuant to the Order of Dismissal of the Hon. G. Thomas Eisele dated September 30, 2005.

DATED:    September 30, 2005

*[signature]*
Clerk of Court

LKB:lmp